UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| APRILLE WILBORN,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARON HUTTON AND JACKSON EMERY LAUDERMAN,<br><br>    Defendants. | CAUSE NO. 3:23-CV-910 DRL-MGG |

## ORDER

Aprille Wilborn seeks leave to proceed *in forma pauperis*. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the court:

(1) GRANTS the plaintiff leave to proceed *in forma pauperis* [2];

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery received in this case; and

(4) DIRECTS the clerk to request Waiver of Service from (and, if necessary, the United States Marshals Service to serve process on) the defendants at Law Office Cooper 426 N. Broad Street, Griffith, Indiana 46319 [1 at 10-12] with a copy of this order and the complaint pursuant to 28 U.S.C. § 1915(d).

SO ORDERED.

October 23, 2023               *s/ Damon R. Leichty*
                               Judge, United States District Court